UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

KRISTI FREDERICK,

                              Plaintiff,                                    ORDER

                 v.                                                        18-cv-115-wmc

PIERCE COUNTY,

                              Defendant.

---

The court having been advised that the above-entitled action has settled in mediation, this case is hereby dismissed.  Any party may move to dismiss with prejudice or to reopen for good cause shown.

Entered this 20th day of February, 2019.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge